IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KENYA WILSON AND BOBBY ELDER,<br><br>Plaintiffs,<br><br>v.<br><br>VILLAGE OF DOLTON, POLICE SERGEANT LACEY, #54 and POLICE OFFICER JOHNSON, #526,<br><br>Defendants. | No. 10 CV 3898<br><br>Judge John Z. Lee<br><br>Magistrate Judge Maria Valdez |

## STIPULATED DISMISSAL WITH PREJUDICE

The Plaintiffs in this case, Kenya Wilson and Bobby Elder, by and through their attorneys, Kenneth N. Flaxman, P.C., and Defendants, Village of Dolton, Sergeant Lacey, #54, and Officer Johnson, #526, by and through their attorneys, Querrey & Harrow, Ltd., hereby stipulate to the dismissal of the entirety of this action with prejudice, each party to bear their own costs and attorneys' fees, pursuant to Federal Rule of Civil Procedure 41.

PLAINTIFFS:
Kenya Wilson and Bobby Elder

By:  s/ *Kenneth N Flaxman* (with consent)   Date:   April 16, 2013

   Kenneth N Flaxman
   Kenneth N. Flaxman, P.C.
   200 South Michigan Ave., Suite 1240
   Chicago, IL 60604-6107
   (312) 427-3200


DEFENDANTS:
Village of Dolton, Sergeant Lacey, #54,
and Officer Johnson, #526

By:  *s/ Larry S. Kowalczyk*   Date:   April 16, 2013

   Larry S. Kowalczyk
   Querrey & Harrow, Ltd.
   175 W. Jackson, Ste. 1600,
   Chicago, IL  60604
   Tel. (312) 540-7000

1