## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Kenya Wilson, et al.
                      Plaintiff,

v.                                                 Case No.: 1:10−cv−03898
                                                      Honorable John Z. Lee

Village of Dolton, et al.
                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 16, 2013:

       costs and attorneys' fees. Civil case terminated. Mailed notice(ca, )MINUTE entry before Honorable John Z. Lee: Pursuant to the stipulated dismissal with prejudice [doc. no. 63], the Court hereby terminates this case with prejudice pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.